IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2021 JAN 29 PM 1:55
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

Civil Action No. 21-cv-00090-KLM

Minden Pictures, Inc.

    Plaintiff(s),

v.

Energy Dynamics, LLC DBA Spalding Trees, LLC and
Joan Spalding

    Defendant(s).

## MOTION TO DISMISS

**The defendants find the Plaintiff complaint for copyright infringement inaccurate and insufficient for the reasons listed below.**

1. Years before the plaintiff added ownership claim watermarks to the image, the right to use the image was purchased from GoDaddy Operating Company, LLC as part of a website development package.

2. On Mindenpictures.com the image is available for free for non-commercial websites or blogs.

3. The image was only used by the defendants to illustrate a free educational blog.

4. The image was not used in any advertising materials.

5. The image used by the defendants did not have an ownership claim watermark.

6. This image may have originated in the public domain and is currently displayed without the added ownership claim watermark on 220 websites.

7. The wide distribution of the image may indicate that the plaintiff has been deliberately making the image easily available in order to facilitate filing of extortive suits.

8. There are several entities claiming ownership of the copyright for this image including Wood River Women's Foundation. See the image at: https://woodriverwomensfoundation.org/wet-aspen-leaves/

9. Despite the inaccuracy of the claims of the plaintiff, the image was removed as soon as the defendant was notified.

10. Defendants responded to all notices sent. Defendants have discussed the items in this motion with the plaintiffs via email.

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a).

Dated at Evergreen, CO, this 25th day January, 2021.

Respectfully Submitted,

*Joan Spalding* 01/26/2021
/s/ Joan Spalding

PO Box 3598
Evergreen, CO 80437
Telephone: (303) 526-0335
E-mail: joanlspalding@gmail.com

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
District of Colorado

Case Number: 21-CV-00090-KLM

Plaintiff:
**Minden Pictures, Inc.**

vs.

Defendants:
**Energy Dynamics, LLC DBA Spalding Trees, LLC and Joan Spalding**

For:
David Spalding

Received by U Got Served, LLC on the 26th day of January, 2021 at 10:52 am to be served on **SRIPLAW BY SERVING JOEL B. ROTHMAN, 21301 POWERLINE ROAD, SUITE 100, BOCA RATON, FL 33433.**

I, Dennis Martinez, do hereby affirm that on the **27th day of January, 2021** at **12:08 pm**, I:

served a **CORPORATION** by delivering a true copy of the **MOTION TO DISMISS** with the date and hour of service endorsed by me, to: **JAMIE JAMES** as **PARALEGAL, AUTHORIZED TO ACCEPT SERVICE**, for **SRIPLAW**, at the address of: **21301 POWERLINE ROAD, SUITE 100, BOCA RATON, FL 33433**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the Judicial Circuit in which the process was served. Pursuant to F.S. 95.525 "Under penalties of perjury", I declare that I have read the foregoing Return of Service and that the facts stated in it are true and correct" **Notary not required as per FS 92.525.**

_____
**Dennis Martinez**
Process Server

**U Got Served, LLC**
**1279 W. Palmetto Park Road**
**Unit 273938**
**Boca Raton, FL 33427**
**(561) 361-7111**

Our Job Serial Number: AOA-2021000201
Ref: JOAN SPALDING